Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HEADHUNTER, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAULLINE CASTILLO, an individual;<br>KRYSTAL SAWYER, an individual;<br>SHARON IVERSON, an individual;<br>CATIE WENTZ, an individual;<br>TESSA COMER, an individual;<br>IGNACIO VINKE, an individual;<br>SHAWN MURPHY, an individual;<br>ABRAM ZELIZ, an individual;<br>CHRIS JONES, an individual;<br>RAY GUILLOT, an individual;<br>PAM WATERMAN, an individual;<br>CHRISTINA MEJIA, an individual;<br>PEIR TSAY, an individual;<br>ESTELLA WALKER, an individual; and<br>LEROY MECHKSTROTH, an individual,<br><br>　　　　　Defendants. | Civil Action No. 17-cv-987JLR<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT |



This matter comes before the Court on Plaintiff's motion for an extension of time to serve the complaint. Because good cause has been shown why an extension is warranted to allow a brief period in which to file proof of waiver or service, Plaintiff's motion is GRANTED. Plaintiff shall

[PROPOSED] ORDER GRANTING EXTENSION
OF TIME TO SERVE COMPLAINT - 1
Civil Action No. 17-cv-987JLR
INLP-6-0087P08 ORDExtension

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

have until __Oct. 19__ JLR, 2017, to file proof of waiver or service or a motion setting forth the efforts made to serve and requesting a further extension of the service deadline.

DATED this __17th__ day of __October__ 2017.

_____
United States District Court Judge

Presented by:

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING EXTENSION
OF TIME TO SERVE COMPLAINT - 2
Civil Action No. 17-cv-987JLR
INIP-6-0087P08 ORDExtension

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

[PROPOSED] ORDER GRANTING EXTENSION
OF TIME TO SERVE COMPLAINT - 3
Civil Action No. 17-cv-987JLR
INIP-6-0087P08 ORDExtension

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301