UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEADHUNTER LLC,<br><br>               Plaintiff,<br>    v.<br><br>PAULLINE CASTILLO, et al.,<br><br>               Defendants. | CASE NO. C17-0987JLR<br><br>MINUTE ORDER<br>TO SHOW CAUSE |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 26, 2017, the court issued an order requiring the parties to file a Joint Status Report in this matter by November 30, 2017. On November 30, 2017, Plaintiff filed a document entitled "Joint Status Report" (Dkt. # 55), indicating that "Despite multiple written requests for participation from the remaining active Defendants Poulline Castillo and Christina Mejia on November 7, 22 and 28 urging their participation in the

required Rule 26(f) conference, as of the date of this filing those parties have not responded, making it impossible for their inclusion in this report."

The court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement requires that the parties provide the court with a jointly-prepared report. The parties may present their positions in separate paragraphs, but no separate reports are to be filed.

It is ORDERED that the parties shall file a Joint Status Report that complies with the court's requirements no later than **December 15, 2017**. If no such joint Status Report is filed by that date, the court will set a hearing for Defendants Castillo and Mejia to show cause why either default should not be entered against them and/or why sanctions should not be imposed.

Filed and entered this 5th day of December, 2017.

WILLIAM M. MCCOOL
Clerk of Court

 s/ Ashleigh Drecktrah
Deputy Clerk