# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEADHUNTER, LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>POULLINE-JAUN CASTILLO, et al.,<br><br>                          Defendants. | CASE NO. C17-0987-MAT<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff filed a Motion for Default against defendant Poulline-Jaun Castillo, preceded by notice to defendant of the intention to file the motion, as required by Local Civil Rule (LCR) 55(a). (Dkts. 63 & 64.) However, because defendant has appeared in this matter, proceeding pro se, the motion for default should have been noted in accordance with LCR 7(d)(3), not LCR 7(d)(1). LCR 55(b)(4). Nor is it clear whether plaintiff directed the notice to the correct address. (*Compare* Dkt. 64, Ex. A (zip code "98026"), *with* Dkt. 36 at 2 (zip code "98208").) The Court, accordingly, STRIKES the noting date for the pending Motion for Default. (Dkt. 63.) Plaintiff

MINUTE ORDER
PAGE - 1

may re-file the motion, with proper notice and the correct noting date, to be addressed by the Court pursuant to LCR 55(b)(4).

DATED this 6th day of March, 2018.

WILLIAM MCCOOL, Clerk

By: s/Kadya Peter
Deputy Clerk

MINUTE ORDER
PAGE - 2